**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Surgical Assistant Associates, LLC, an Arizona Limited Liability Company, as Assignee of Jason Alexander,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Mutual of Omaha Insurance Company,<br><br>　　　　Defendant. | No. CV-04-2281-PHX-MHM<br><br>**ORDER** |

　　　　This Court is in receipt of Plaintiff's Notice to the Court and Request for Temporary Suspension of Deadlines (Dkt. #41) and Defendant's Response (Dkt. #42).

　　　　For good cause shown and with no opposition from the Defendant,

　　　　**IT IS ORDERED vacating** the Settlement Conference set before the undersigned on August 2, 2006 at 1:30 p.m.  The settlement conference may be reset at the request of either counsel at a later date and time.

　　　　The parties are advised that all other deadlines which have been requested be vacated in Plaintiff's Notice (Dkt. #42), are the sole discretion of assigned District Judge Mary H. Murguia.

　　　　DATED this 14th day of July, 2006

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge